**1004**

GREATER LOS ANGELES AGENCY ON DEAFNESS, INC.; Daniel Jacob; Edward Kelly; Jennifer Olson, on behalf of themselves and all others similarly situated, Plaintiffs–Appellees,

v.

CABLE NEWS NETWORK, INC., incorrectly sued as Time Warner Inc., Defendant Appellant.

No. 12–15807.

United States Court of Appeals, Ninth Circuit.

Oct. 10, 2014.

Thomas R. Burke (argued), Rochelle L. Wilcox, Janet L. Grumer, Jeff Glasser, Davis Wright Tremaine, San Francisco, CA; Ronald London, Davis Wright Tremaine, Washington, D.C., for Defendant–Appellant.

Laurence W. Paradis (argued), Mary-Lee K. Smith, and Michael Nunez, Disability Rights Advocates, Berkeley, CA; Linda M. Dardarian and Jason H. Tarricone, Goldstein, Demchak, Baller, Borgen & Dardarian, Oakland, California; Peter Blanck, Syracuse, NY, for Plaintiffs–Appellees.

Karl Olson, Ram, Olson, Cereghino & Kopczynski, San Francisco, CA, for Amici Curiae Los Angeles Times Communications LLC, McClatchy Newspapers, Inc., Hearst Corporation, California Newspaper Publishers Association, and California Broadcasters Association.

John F. Waldo, Portland, OR, for Amici Curiae Washington State Communication Access Project, Oregon Communication Access Project, Association of Late Deafened Adults (ALDA), Aloha State (Hawaii) Association of the Deaf, Arizona Association of the Deaf, California Association of the Deaf, Nevada Association of the Deaf, Idaho Association of the Deaf, and Oregon Association of the Deaf.

Howard A. Rosenblum and Andrew S. Phillips, National Association of the Deaf, Silver Spring, MD; Blake E. Reid and Angela J. Campbell, Institute for Public Representation, Georgetown Law, Washington, D.C., for Amici Curiae Telecommunications for the Deaf and Hard of Hearing, Inc., National Association of the Deaf, and the Hearing Loss Association of America.

Before J. CLIFFORD WALLACE, M. MARGARET McKEOWN, and SANDRA S. IKUTA, Circuit Judges.

**NOTICE OF WITHDRAWAL OF REQUEST FOR CERTIFICATION**

In an order filed February 5, 2014, we asked the Supreme Court of California to answer a certified question pursuant to Rule 8.548 of the California Rules of Court. The Supreme court of California accepted certification on March 26, 2014. On September 12, 2014, CNN filed a motion to dismiss voluntarily the appeal in the Ninth Circuit pursuant to Federal Rule of Appellate Procedure 42(b). We granted that motion in an order filed contemporaneously with this notice. Accordingly, this court's request for certification to the Supreme Court of California is withdrawn.

The Clerk of this Court shall forward an original and 10 copies of this notice, under official seal, to the Supreme Court of California, along with a certificate of service on the parties, copies of CNN's motion to dismiss voluntarily the appeal pursuant to Federal Rule of Appellate Procedure 42(b), and the order granting the motion.